**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,** : | **CIVIL ACTION NO. 1:05-CV-2023** |
|     **Petitioner** : | |
|     v. : | |
| : | |
| **ALBERTO R. GONZALES, Attorney** : | **(Judge Conner)** |
| **General, and PATRICIA L.** : | |
| **CARUSO, Director, Michigan** : | |
| **Department of Corrections,** : | |
|     **Respondents** : | |

## **ORDER**

AND NOW, this 14th day of October, 2005, upon consideration of the docket in this removal action from the Eastern District of Michigan, and noting the appointment of the Federal Public Defender's Office in the same, it is hereby ORDERED that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (7l7) 782-2237, is appointed to represent the petitioner in the above-captioned action.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge