IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>　　　　Petitioner<br>　v.<br>ALBERTO R. GONZALES, Attorney General, and PATRICIA L. CARUSO, Director of Michigan Department of Corrections,<br>　　　　Respondents | Civil No. 1:05-CV-2023<br><br>(Judge Conner)<br><br>Under Seal |

FILED
HARRISBURG, PA
NOV 09 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER OF COURT

AND NOW, this ___9th___ day of November, 2005, after due consideration it his hereby ordered that the Petitioner's Motion to Dismiss the Habeas Corpus Petition filed Under 28 U.S.C. §2241 Without Prejudice is **GRANTED**. The petition filed in this matter on September 8, 2005 is dismissed without prejudice.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE